Todd L. Torvinen, Esq.
Nevada Bar No: 3175
232 Court Street
Reno, NV 89501
(775) 825-6066
TODD@TODDLTORVINENLAW.COM
Attorney for Plaintiff,
Estate of Terry L. Bishop

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IN THE MATTER OF THE ESTATE OF:
TERRY LEE BISHOP, Deceased.

ESTATE OF TERRY L. BISHOP,
by and Through its Administrators,
CAMERON BISHOP and
MICHAEL BISHOP,

Plaintiffs

vs.

PEAK FORECLOSURE SERVICES, INC.; GARY J. O'HARA and JANICE D. O'HARA, Trustees of the O'HARA FAMILY TRUST dated February 26, 1993; WILLIAM D. WICKLUND and TORI R. WICKLUND, husband and wife as joint tenants; MARY B. DANIELS, and any of their heirs, successors, assigns, or beneficiaries claiming an interest in the real property located at 305 U.S. Highway 395 South, Washoe Valley, Nevada; and DOES I through X, inclusive,

Defendants.

Case No.: 3:26-cv-00763-MMD-CSD

**ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' AMENDED COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS (ECF NOS. 6 AND 7)**

**(First Request)**

Plaintiff the Estate of Terry L. Bishop ("Plaintiff"), by and through its counsel of record, Todd L. Torvinen, Esq. of The Law Office of Todd L. Torvinen, Chtd., and Defendants Gary J. O'Hara and Janice D. O'Hara, Trustees of the O'Hara Family Trust dated February 26, 1993, and William D. Wicklund and Tori R. Wicklund (collectively, "Defendants"), by and through their

counsel of record, Wright, Finlay & Zak, LLP, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss Amended Complaint for Quiet Title, Declaratory Relief and Injunctive Relief and Motion to Expunge Lis Pendens, filed October 9, 2026 (ECF Nos. 6 and 7) (the "Motion"), as follows:

1. On October 2, 2026, Defendants removed this action from the Second Judicial District Court of the State of Nevada, in and for the County of Washoe (Case No. CV26-02005), to this Court (ECF No. 1).

2. On October 9, 2026, Defendants filed the Motion, which appears on the docket as both a motion to dismiss (ECF No. 6) and a motion to expunge lis pendens (ECF No. 7).

3. Pursuant to Local Rule 7-2(b), Plaintiff's response to the Motion is currently due on or before October 23, 2026.

4. Good cause exists to extend the response deadline. This action was only recently removed to this Court; the Motion is substantial, asserting multiple grounds for dismissal of each cause of action and separately seeking expungement of the recorded lis pendens, and is supported by twelve exhibits; Todd L. Torvinen, Esq. was on vacation from October 15, 2026 through October 18, 2026; and additional time is needed for Plaintiff's counsel to review the Motion and the judicially noticeable record and to prepare a complete response. This request is made in good faith and not for purposes of delay.

5. The parties therefore stipulate, subject to the approval of the Court, that the deadline for Plaintiff to file and serve its response to the Motion (ECF Nos. 6 and 7) shall be extended up to and including November 12, 2026, and that any reply in support of the Motion shall be due on or before November 19, 2026.

///

///

///

///

///

///

///

6. This is the first stipulation or request to extend the deadline for Plaintiff's response to the Motion. This request will not affect any other date or deadline set by the Court.

IT IS SO STIPULATED.

DATED this 19 day of October, 2026.

THE LAW OFFICE OF TODD L. TORVINEN, CHTD.

By: /s/ Todd L. Torvinen
Todd L. Torvinen, Esq.
Nevada Bar No. 3175
232 Court Street
Reno, Nevada 89501
Attorney for Plaintiff, Estate of Terry L. Bishop

DATED this 19 day of October, 2026.

WRIGHT, FINLAY & ZAK, LLP

By: /s/ Stephanie A. Garabedian
Christina V. Miller, Esq. (Nevada Bar No. 12448)
Stephanie A. Garabedian, Esq. (Nevada Bar No. 9612)
8337 W. Sunset Rd., Suite 220
Las Vegas, Nevada 89113
Attorneys for Defendants Gary J. O'Hara and Janice D. O'Hara, Trustees of the O'Hara Family Trust dated February 26, 1993, and William D. Wicklund and Tori R. Wicklund

ORDER

Good Cause Appearing, good cause appearing, Plaintiff shall have up to and including November 12, 2026 to file and serve its response to Defendants' Motion to Dismiss Amended Complaint for Quiet Title, Declaratory Relief and Injunctive Relief and Motion to Expunge Lis Pendens (ECF Nos. 6 and 7).

Any reply in support of ECF Nos. 6 and 7 shall be due on or before November 19, 2026.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: October 22, 2026