WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Ste. 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendants, Gary J. O'Hara and Janice D. O'Hara, Trustees of the O'Hara Family Trust dated February 26, 1993; William D. Wickland and Tori R. Wickland, husband and wife as joint tenants (incorrectly named as "William D. Wicklund and Tori R. Wicklund")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF: TERRY LEE BISHOP, Deceased.<br><br>ESTATE OF TERRY L BISHOP, by and Through its Administrators, CAMERON BISHOP and MICHAEL BISHOP,<br><br>Plaintiffs,<br>vs.<br><br>PEAK FORECLOSURE SERVICES, INC.; GARY J. O'HARA and JANICE D. O'HARA, Trustees of the O'HARA FAMILY TRUST dated February 26, 1993; WILLIAM D. WICKLUND and TORI R. WICKLUND, husband and wife as joint tenants; MARY B. DANIELS, and any of their heirs, successors, assigns, or beneficiaries claiming an interest in the real property located at 305 U.S. Highway 395 South, Washoe Valley, Nevada; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 3:26-cv-00763-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' REPLY TO MOTION TO DISMISS AMENDED COMPLAINT FOR QUIET TITLE, DECLARATORY RELIEF AND INJUNCTIVE RELIEF [ECF No. 6] and MOTION TO EXPUNGE LIS PENDENS [ECF No. 7]**<br><br>**(First Request)** |

Defendants, Gary J. O'Hara and Janice D. O'Hara, Trustees of the O'Hara Family Trust dated February 26, 1993, and William D. Wickland and Tori R. Wickland, husband and wife as

joint tenants (incorrectly named as “William D. Wicklund and Tori R. Wicklund”) (collectively “Defendants”), and Plaintiff, Estate of Terry L. Bishop, by and through its administrators Cameron Bishop and Michael Bishop (“Plaintiff” and referred to collectively with Defendants as the “Parties”), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff’s Amended Complaint was removed to this Court by Defendants on October 2, 2026 [ECF No. 1];
2. Defendants filed their Motion to Dismiss Plaintiff’s Amended Complaint [ECF No. 6] and their Motion to Expunge Plaintiff’s Lis Pendens [ECF No. 7] on October 9, 2026;
3. On October 21, 2026, the Parties stipulated to extend Plaintiff’s deadlines to Oppose the Motion to Dismiss and the Motion to Expunge to November 12, 2026 [ECF No. 12];
4. On November 12, 2026, Plaintiff filed their Opposition to Defendants’ Motion to Dismiss and the Motion to Expunge [ECF No. 20];
5. Under LR 7-2(b), the deadline for Defendants to file their Reply in Support of the Motion to Dismiss and the Motion to Expunge is November 19, 2026;
6. The Parties have agreed to extend the deadlines for Defendants’ Reply in Support of the Motion to Dismiss and the Motion to Expunge to November 30, 2026;
7. The extension is requested because of office time lost to the recent Microsoft outages and preparation for the upcoming Thanksgiving holiday; and

///

///

///

///

///

///

///

///

///

///

8. This is the Parties' first request for an extension of the Reply deadline which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of November, 2026.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie A. Garabedian, Esq.*
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendants, Gary J. O'Hara and Janice D. O'Hara, Trustees of the O'Hara Family Trust dated February 26, 1993; William D. Wickland and Tori R. Wickland, husband and wife as joint tenants (incorrectly named as "William D. Wicklund and Tori R. Wicklund")*

SIERRA CREST BUSINESS LAW GROUP

*/s/ Brooke D. Georguson, Esq.*
Brooke D. Georguson, Esq.
Nevada Bar No. 16406
Jerry C. Carter, Esq.
Nevada Bar No. 5905
6770 S. McCarran (1st Floor)
Reno, NV 89509
*Attorneys for Plaintiff, Estate of Terry L. Bishop, by and through its administrators Cameron Bishop and Michael Bishop*

**IT IS SO ORDERED.**

Dated this 17th day of November, 2026.

UNITED STATES DISTRICT JUDGE